STEVEN G. KALAR
Federal Public Defender
Northern District of California
JEROME MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:       Jerome_Matthews@fd.org

Counsel for Defendant Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 20–00244 JST |
|---|---|
| Plaintiff, | **DECLARATION OF JEROME E. MATTHEWS** |
| v. | |
| ORLANDO MARTINEZ, | **Court:** Courtroom 1, 4th Floor |
| | **Hearing Date:** November 3, 2020 |
| Defendant. | **Hearing Time:** 9:30 a.m. |

I, Jerome E. Matthews, declare the following:

1. I am an Assistant Federal Public Defender and I am counsel of record for Orlando Martinez. I have personal knowledge of the facts stated in this declaration and would testify competently to those facts if called as a witness.

2. I have received a number of support letters for Mr Martinez during the course of my representation. True and correct copies of these letters are collectively attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

1  Executed on October 27, 2020, in Oakland, California.

/s/ Jerome E. Matthews<br>
JEROME E.  MATTHEWS<br>
Assistant Federal Public Defender

MATTHEWS DECL.
*MARTINEZ*, CR 20–00244 JST

2

# EXHIBIT A

**EXHIBITS IN SUPPORT OF DECLARATION OF JEROME E. MATTHEWS**

Your Honor:

I am writing in support of Rolando Martinez. My name is Maritza Zamora, I am Rolando's girlfriend and have been with him for 13 years. Rolando and I both met when we were very young and still in high school. I know Rolando very well and I can truly say that he is an amazing human being. I know that he is currently in jail because he was in possession of a gun, however, I still choose to support him because I know he meant no harm.

When I was 16 years old I was in a very bad car accident that left me paralyzed for approximately a year. While I was in the hospital Rolando was also only 16 at the time, yet, he would have his parents drive him to the hospital to see me and take me food every day. Once I was released from the hospital he would have a family member pick me up so that he could take me to the park, to eat, or to the movies so that I could get some sort of distraction since I was suffering from depression. I have had approximately five surgeries since then and he has been a huge support for me after every single surgery. I currently still suffer from a lot of pain due to having metal rods on both femurs, so right before winter starts he always makes sure to buy me warm clothes and help me prepare for the cold season, which is the most painful season for me.

He encouraged me to continue with school and pushed me through college. Many times I wanted to drop out, yet, he would make sure I wouldn't. He helped me pay for my books and always made sure I had money to eat while I was in school. Whenever I needed rides, he would always offer to take me. On days that I did not want to go to school, he would actually push me to go and did not let me quit.

I finally graduated and obtained a bachelor's degree. I decided to start a small business and he has been a huge support for me. He keeps me going when I feel like giving up and he is always willing to help me, even if it is to just go post flyers around stores. Through my business I give back to my community a lot, I donate to cancer foundations, volunteer for different organizations that help the community and youth, and he always helps and supports me with all of that. He is always willing to either donate money and/or helps me buy clothing, toys, and other things that I donate.

Rolando has been a huge support in many levels of my life. I understand that what he did was wrong, but that does not define him as a person.

If you have any questions feel free to contact me at ▮▮▮▮▮▮▮▮▮▮ .


Thanks,


Maritza Zamora

August 09, 2020

Your Honor:

I am writing in support of Rolando Martinez. My name is Estefani Zamora. I have known Rolando since he began to date my sister, which was approximately 13 years ago.

I have known Rolando for many years and I have seen him grow throughout the years. I know Rolando had many struggles growing up, which is why I think he has had issues in his life, including the charges that he is facing. I know that he committed a crime and he is currently in jail. However, I do know that Rolando is a good person and he had no bad intentions. Rolando is a great person with a huge heart. He is always wanting to help others. I have personally seen him help those who need help.

I became a teen mom and when I found out I thought my life was over especially because I was not with my daughter's father. Rolando stepped in a lot to help me out. He took me to all of my appointments, he made sure I always had food, and once my baby was born he continued to help me and would always buy things for my daughter.

I am now married with two kids and expecting a third child. Even though I am happily married with a supporting husband, Rolando is still very present in our life and enjoys spending time with my kids. My kids love him and they are always happy to spend time with him.

I acknowledge that what he did was wrong, but I also know that he always uses his negative experiences to help others out, especially the youth. Rolando is always giving good advice to those who are not on the right path and he uses his own negative experiences to tell others to not make the same mistakes as he did.

I can be reached at ███████████ in case you have any questions.

Sincerely,


Estefani Zamora

August 09, 2020

Your Honor:

I am writing in support of Rolando Martinez. My name is Rafael Del Toro and I have known Rolando for about three years. I know that Rolando is facing criminal charges but I decided to support him and write a letter in support of him because since I met him, he has always been a good person around me.

He began to work on a few project cars that he would then sell, which I helped him fix the cars. Whenever we would work on any of the cars he was always very focused and determined to get the project done. He would go straight from work to work on the project, which shows how responsible he is.

Rolando is always willing to go above and beyond to not just get the things he wanted done but also to help others. I witnessed him help a couple of people that needed help. Whenever I needed help, I would also always reach out to him because I know that he would always be willing to help me.

Rolando is a good person who deserves a second chance. In the time that I have known him I know that every time that he has had a bad experience, he always learns from it. I know that he will learn a lesson from this experience.

Sincerely,


Rafael Del Toro

August 09, 2020

Your honor,

I am writing in support of Ronaldo Martinez who I've known for over 2 years. Ronaldo has always been a hard working man with a great heart to help others. I am aware of the charges that he is facing but I am still supporting him because I know he is a good person.

I met Rolando at a work out training and ever since then we remained friends. After our course ended we still stayed in contact and kept training together. He would always encourage me to train harder and not give up even when I felt like I couldn't keep going.

He is always very positive and even in negative situations he is looking at the good side of things. He has a good energy and when others seem down he is always wanting to cheer them on.

If you have any questions feel free to contact me at ███████████.

Sincerely,

Joanna Gonzalez



EAST OAKLAND YOUTH DEVELOPMENT CENTER

December 4, 2019

Orlando Martinez

Dear Mr. Martinez:

On behalf of the East Oakland Youth Development Center (EOYDC), I would like to thank you for your generous donation of Sports Equipment, valued at $130 to support our work.

As you know, EOYDC serves children and youth ages 5 – 24 living in neighborhoods beset by poverty, high crimes rates and excessive levels of unemployment. In today's America, the odds are set against them.

Here at EOYDC we have developed a menu of programs that help these young people overcome the odds. We support their educational success from when they begin elementary school all the way along their journey through middle school, high school, and college. EOYDC participants also enjoy rich cultural and artistic programming that promotes their confidence and cultural pride, and they engage in enriching recreational activities, community service, and other programming that helps them develop the character and resilience to succeed in life.

In addition, our cascading mentoring model means participants take increasing levels of responsibility in leading and developing programs and acting as powerful and inspiring role models for their peers. This means that we are growing young leaders who will create a better future for themselves and their communities.

Without you and other generous donors like you, we would not be able to do this critically important work. Thank you, again, for your very generous support.

Sincerely,

Regina Jackson
President & CEO

*EOYDC is a 501(c)(3) nonprofit organization. Your contribution is tax-deductible to the extent allowed by law. No goods or services were provided in exchange for your generous financial donation*

8200 International Boulevard
Oakland, California 94621
Telephone (510) 569-8088
Facsimile (510) 632-6942
Website   www.eoydc.org