# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 1 hour |
| Date: | November 3, 2020 | | |
| Case No.: | **4:20-cr-00244-JST-1** | | |

**United States of America**   v.   **Orlando Martinez**

☑ Defendant Present
☐ Not Present
☑ In Custody

Michael Rodriguez
U.S. Attorney

Jerome Matthews
Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee          Reporter: Pamela Hebel

## *PROCEEDINGS*

Change of Plea and Sentencing – held.

## *RESULT OF HEARING*

1. The plea agreement was signed and filed in court. The Defendant was sworn. The Court found the Defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The Court found a factual basis for the plea. The Defendant entered a plea of guilty as to Count One of the Information. The plea was accepted and the Defendant is adjudged guilty of the offense.
2. Sentencing held. The Defendant addressed the Court.
3. The Defendant is committed to the custody of the Bureau of Prisons for a term of 12 months and 1 day; 3 years supervised release with the special conditions set forth in the judgment. The Defendant shall pay a special assessment in the amount of $100.00 due immediately. The Court finds the Defendant does not have the ability to pay and orders the fine waived.
4. The Court recommends to the Bureau of Prisons the Defendant be designated to as close to the San Francisco Bay Area as possible to facilitate visitation with significant other.