# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Report on Person Under Supervision

**Person Under Supervision**  
Orlando Martinez

**Docket Number**  
0971 4:20CR00244-001 JST

**Name of Sentencing Judge:** The Honorable Jon S. Tigar  
United States District Judge

**Date of Original Sentence:** November 3, 2020

**Original Offense: Count 1:** Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1)

**Original Sentence:** Twelve (12) months a one (1) day of custody followed by three (3) years of supervised release.

**Special Conditions:** Pay $100 special assessment fee; undergo mental health assessment; cooperate in the collection of DNA; and expanded search condition.

**Prior Form(s) 12:** None.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Michael Anthony Rodriguez

**Date Supervision Commenced**  
April 1, 2021  
**Defense Counsel**  
Jerome Matthews Emory (AFPD)

**Petitioning the Court to Take Judicial Notice and terminate supervision.**

**Cause**

On March 17, 2022, the probation officer was notified by Mr. Martinez mental health counselor that Mr. Martinez was involved in a motorcycle accident and died from his injuries on March 15, 2022. The probation officer was advised by the counselor that she obtained the information during a session with another client, who knew Mr. Martinez from childhood.

On March 23, 2022, the probation officer contacted the Alameda Coroner's Bureau and confirmed Mr. Martinez's death. The probation officer was informed that on March 15, 2022, Mr. Martinez was operating his motorcycle and collided into the rear of another vehicle while on the highway. Mr. Martinez was transported to Highland Hospital in Oakland, CA, where he was pronounced dead.

RE:   Martinez, Orlando                                                                                                         2
      0971 4:20CR00244-001 JST

At this time, the Probation Office is requesting the Court terminate Mr. Orlando Martinez's term of supervised release so his case can be closed.

Respectfully submitted,                          Reviewed by:

_____                        _____
Shonte Brittle                                   Kevin L. Thomas
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: March 23, 2022

---

THE COURT ORDERS:

☒  The Court concurs and takes judicial notice

☐  Other:


_March 23, 2022_____              _____
Date                                        Jon S. Tigar
                                            United States District Judge